**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
SERAFIM GEORGIOS KATERGARIS,

                Plaintiff,

   -against-                                           22 **CIVIL** 7400 (PAE)

                                                **<u>JUDGMENT</u>**

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 24, 2024, the Court has granted the City's motion for summary judgment and has dismissed this case as time-barred. In light of this ruling, the Court does not have occasion to address the City's other arguments for dismissal; accordingly, the case is closed.

**Dated:**  New York, New York

       June 25, 2024

                                                      **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**

                         **BY:**          *K. Mango*

                                                   **Deputy Clerk**